UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:23-cv-1596 DJC KJN P |
| Plaintiff, | |
| v. | ORDER |
| CLINTON ADMINISTRATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. On September 22, 2023, plaintiff was relieved of the obligation to file a first amended complaint until sixty days from the date the district court addressed plaintiff's request for reconsideration. On September 25, 2023, plaintiff filed an amended complaint, but the district court did not deny plaintiff's motion for reconsideration until October 5, 2023. Then, on October 27, 2023, plaintiff sought another extension of time to file an amended complaint.

Because it is unclear whether plaintiff intends to stand on the September 25, 2023 amended complaint or wishes to file a different amended complaint, plaintiff is granted thirty days in which to either file a second amended complaint or inform the court whether he intends to stand on his first amended complaint. If plaintiff fails to respond to this order, the court will proceed on his September 25, 2023 amended complaint.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 30) is partially granted; and

2. Plaintiff is granted thirty days from the date of this order to file a second amended complaint or advise the court if he intends to proceed on his first amended complaint (ECF No. 27).

Dated: November 15, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/vanh1596.36b

2