UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON ADMINISTRATION, et al.,<br><br>Defendants. | No.  2:23-cv-1596 DJC KJN P<br><br><br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On December 8, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

       Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 8, 2023, are adopted in full; and

2. Plaintiff's amended complaint is dismissed without leave to amend.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/vanh1596.804