UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON ADMINISTRATION, et al.,<br><br>Defendants. | No.  2:23-cv-1596 DJC KJN P<br><br>(Ninth Circuit No. 24-0401)<br><br><br>ORDER |

      This matter is before the Court on referral from the United States Court of Appeals for the Ninth Circuit.  (ECF No. 46.)  The Ninth Circuit referred this matter back to the Court to determine if in forma pauperis status should continue for Plaintiff's appeal of this Court's order and judgment dismissing his amended complaint without leave to amend.  (ECF Nos. 40, 41.)  The Court finds Plaintiff's appeal to be frivolous and therefore orders his in forma pauperis status revoked.

      Plaintiff was originally granted leave to proceed in forma pauperis on August 16, 2023, in the initial screening order.  (ECF No. 11.)  The Magistrate Judge found Plaintiff's original complaint against defendants Clinton Administration, William Clinton, Volkswagen, Inc. and Ed Corneilius, a Santa Clara Volkswagen Dealership owner, to be incomprehensible, included no specific charging allegations as to each defendant, and failed to identify how any named defendant violated plaintiff's federal statutory or constitutional rights.  (*Id*.)  The Magistrate Judge found Plaintiff's claims

1  were legally frivolous but granted plaintiff thirty days to file an amended complaint.
2  (ECF No. 11 at 4.)  Plaintiff was subsequently granted an extension of time to amend,
3  and his motion to reconsider the screening order was denied (ECF No. 28).  Plaintiff
4  failed to file an amended complaint, and on December 8, 2023, the Magistrate Judge
5  recommended that the action be dismissed without leave to amend.  (ECF No. 36.)
6  On January 16, 2024, the undersigned adopted the findings and recommendations,
7  and judgment was entered.  (ECF Nos. 40, 41.)

8  On January 22, 2024, Plaintiff filed an appeal, and the issues he identified on
9  appeal remained incomprehensible.  (ECF No. 43 at 2.)

10  The Ninth Circuit referred the matter back to this Court "for the limited purpose
11  of determining whether in forma pauperis status should continue for this appeal or
12  whether the appeal is frivolous or taken in bad faith" pursuant to 28 U.S.C. § 915(a)(3).
13  (ECF No. 46.)  Here, Plaintiff claims his issues on appeal are:  "Despotism, protecting
14  an incumbent, lost leader liability, jeopardy, tyranny and election contest 2024. . . ."
15  (ECF No. 43 at 2.)  Because Plaintiff's claims do not have an "arguable basis either in
16  law or fact," *Neitzke*, 490 U.S. at 325, plaintiff's appeal is not taken in good faith within
17  the meaning of 28 U.S.C. § 1915(a)(3), and his in forma pauperis status is revoked.

18  Accordingly, IT IS HEREBY ORDERED that:

19  1. The Court certifies that Plaintiff's appeal is not taken in good faith;

20  2. Plaintiff's in forma pauperis status is revoked; and

21  3. The Clerk of the Court shall notify the Ninth Circuit Court of Appeals, No. 24-
22  0401.

IT IS SO ORDERED.

Dated:  **February 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2