UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CLINTON ADMINISTRATION, et al.,<br><br>　　　Defendants. | No. 2:23-cv-1596 DJC KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2024, this action was dismissed. (ECF Nos. 40, 41.)

　　　On March 18, 2024, plaintiff filed a motion styled, "Motion to Seal Records." (ECF No. 48.) However, in his motion, plaintiff does not identify what records he seeks to seal. He provides no reason why any records in this case need to be sealed, other than to state, "in the interest of justice, presented with due diligence." (ECF No. 48.) Such conclusory statement is insufficient to demonstrate that a sealing order is required. Therefore, plaintiff's motion to seal is denied.

/////

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to seal records (ECF No. 48) is denied.

Dated:  March 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/van1596.sea