UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON ADMINISTRATION, et al.,<br><br>Defendants. | No. 2:23-cv-1596 DJC CSK P<br><br><br><br>ORDER |

On April 8, 2024, plaintiff filed a pleading titled "Motion for Clarification, Motion to Withdraw Lawsuit." (ECF No. 50.) This civil rights action was closed on January 16, 2024, and Plaintiff filed a notice of appeal on January 22, 2024. (ECF Nos. 40, 41, 43.) On March 18, 2024, plaintiff filed a "Motion to Seal Records" that was denied on March 26, 2024. (ECF Nos. 489, 49.) Plaintiff is advised that any documents filed by plaintiff in this district court case since the case closing date will be disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion for Clarification" and "Motion to Withdraw Lawsuit" (ECF No. 50) is disregarded.

Dated: April 16, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Vanhui1596.ord2

1